BLANK ROME LLP
Attorneys for Defendant
GROUPERO SHIPPING CO. LTD.
405 Lexington Avenue
New York, NY 10174
(212) 885-5000
Thomas H. Belknap, Jr. (TB-3188)
Brian S. Tretter (BT-6037)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MACSTEEL INTERNATIONAL USA CORP.,<br><br>Plaintiff,<br><br>-against-<br><br>M.V. "UBC SAVANNAH", her engines, boilers, etc.,<br>GALBORG PTE LTD and<br>GROUPERO SHIPPING CO LTD,<br><br>Defendants. | 07 Civ. 6152 (LTS) (DFE)<br><br>ECF Case<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant, GROUPERO SHIPPING CO LTD ("Groupero"), certifies that Groupero is not publicly held nor is it a subsidiary or affiliate of a publicly held corporation.

Dated: New York, New York
       September 24, 2007

                                        Respectfully Submitted,
                                        BLANK ROME LLP


                                           /s/ Thomas H. Belknap Jr.
                                        Thomas H. Belknap, Jr. (TB-3188)
                                        Brian S. Tretter (BT-6037)
                                        Attorneys for Defendants
                                        GROUPERO SHIPPING CO LTD.
                                        405 Lexington Avenue
                                        New York, New York 10174