**BLANK ROME LLP**
COUNSELORS AT LAW



Phone: (212) 885-5348
Fax: (917) 332-3841
Email: BTretter@BlankRome.com

September 25, 2007

**BY HAND**

The Honorable Laura Taylor Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 755
New York, NY 10007

    Re: MacSteel Int'l USA Corp. v. M.V. "UBC SAVANNAH" et al., 07 Civ. 6152 (LTS)(DFE)

Dear Judge Swain:

    We are the attorneys for defendant Groupero Shipping Co Ltd. ("Groupero") in the above captioned case. In accordance with Your Honor's Individual Practices, enclosed please find courtesy copies of Groupero's Answer and Rule 7.1 Statement which were filed with the Court yesterday.

    We also write to request an adjournment of the initial pre-trial conference currently scheduled for October 12, 2007 at 3PM. The undersigned will be on vacation on October 12 returning to the office on October 15. Counsel for the plaintiff has consented to an adjournment. Co-defendant Galborg Pte Ltd. has not yet appeared in this action. No prior requests for an adjournment have been made.

    We therefore respectfully request that the initial pre-trial conference be adjourned until after October 15 on whatever date is most convenient for the Court. Thank you.

Respectfully submitted,

Brian S. Tretter/llg
Brian S. Tretter

*The initial conference is adjourned to October 17, 2007, at 4:30pm.*

**SO ORDERED.**

/s/ Laura Taylor Swain  9/27/07
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

The Chrysler Building  405 Lexington Avenue  New York, NY 10174-0208
www.BlankRome.com

127949.00601/6577475v.1

Delaware • Florida • New Jersey • New York • Ohio • Pennsylvania • Washington, DC • Hong Kong



The Honorable Laura Taylor Swain
September 25, 2007
Page 2

cc:   Lawrence Glynn **(by e-mail without enclosures)**
      Nicoletti Hornig & Sweeny
      88 Pine Street
      7th Floor
      New York, NY 10005

      *Counsel for Plaintiff*


Enclosures

127949.00601/6577475v.1