# Nicoletti Hornig & Sweeney

JOHN A.V. NICOLETTI
JAMES F. SWEENEY
DAVID R. HORNIG *
FRANK M. MARCIGLIANO
MICHAEL J. CARCICH
BARBARA A. SHEEHAN
NOOSHIN NAMAZI †
THOMAS M. RITTWEGER †
ROBERT A. NOVAK
TERRY L. STOLTZ
MICHAEL F. McGOWAN
VINCENT A. SUBA

SAMUEL C. COLUZZI †
LAWRENCE C. GLYNN †
VAL WAMSER †
KEVIN J.B. O'MALLEY
GUERRIC S.D.L. RUSSELL †
WILLIAM M. FENNELL
MICHAEL J. LARSON ◊
SCOTT D. CLAUSEN †
JANA SPERRY †◊

* ALSO ADMITTED IN TEXAS
† ALSO ADMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN CONNECTICUT
» ALSO ADMITTED IN NORTH CAROLINA

WALLSTREET PLAZA
88 PINE STREET
SEVENTH FLOOR
NEW YORK, NY 10005-1801
TELEPHONE 212-220-3830
TELECOPIER 212-220-3780
E-MAIL: general@nicolettihornig.com
WEBSITE: www.nicolettihornig.com

MICHAEL MARKS COHEN
OF COUNSEL

NEW JERSEY OFFICE
401 CONTINENTAL PLAZA
HACKENSACK, NEW JERSEY 07601
TELEPHONE 201-343-0970
TELECOPIER 201-343-5882

December 5, 2007

Writer's direct dial: 212-220-3839
Direct e-mail: lglynn@nicolettihornig.com

*(Facsimile Transmission - 2 Pages)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 07 2007

**VIA FACSIMILE (212) 805-0426**
Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
Mail Room 870
New York, New York 10007

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re:  **Macsteel International USA Corp. v. M/V UBC Savannah, et al.**
     New York Case No.:    07 Civ. 6152 (LTS)
     Our Reference No.:    12000119

Dear Judge Swain:

We represent the plaintiff, Macsteel International USA Corp., in the above referenced matter. This action is currently scheduled for an initial pretrial conference for Friday, December 14, 2007 at 2:30 p.m. We write to request a brief adjournment of the initial conference as parties have now engaged in settlement discussions and are hopeful that this matter can be resolved shortly.

This is the second request for an adjournment and is made with the consent of all parties.

Copies ~~mailed~~ faxed to P/A counsel
Chambers of Judge Swain 12-7-07

Hon. Laura Taylor Swain
December 5, 2007
page 2

Your Honor's attention in this regard is greatly appreciated.

Respectfully yours,

NICOLETTI HORNIG & SWEENEY

By: *[signature]*
Lawrence C. Glynn

LCG/

cc: Brian S. Tretter, Esq.
Blank Rome LLP
405 Lexington Avenue
New York, New York 10174
**Via Facsimile (917) 332-3841**

Mr. Renan Alamina
Skuld North America Inc.
317 Madison Avenue
Suite 708
New York, New York 10017-5262
**Via Facsimile (212) 758-9935**

The conference is adjourned to January 18, 2008 at 4:15pm.

SO ORDERED.

*[signature]* 12/6/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE