UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MACSTEEL INTERNATIONAL USA CORP.,

                        Plaintiff,

- against -

M/V "UBC SAVANNAH", her engines, boilers, etc.,
GALBORG PTE LTD and
GROUPERO SHIPPING CO LTD,

                        Defendants.
-------------------------------------------------------------X

Case No.: 07 Civ. 6152 (LTS)

**ECF Case**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                        : S.S.
COUNTY OF NEW YORK)

        SALMA ABDALLAH, being duly sworn, deposes and says:

    1.    I am employed by the firm of NICOLETTI HORNIG & SWEENEY, attorneys for Plaintiff. I am not a party to this action, am over 18 years of age and reside at Brooklyn, New York.

    2.    On December 7, 2007, I served a MEMO ENDORSED by transmitting a copy of the papers by facsimile transmission to the following addressees at the indicated facsimile telephone numbers designated by the addressees for that purpose in the address block subscribed on a paper served or filed in the course of this action:

**VIA FACSIMILE (917) 332-3841**
Brian S. Tretter, Esq.
Blank Rome LLP
405 Lexington Avenue
New York, New York 10174

**VIA FACSIMILE (212) 758-9935**
Mr. Renan Alamina
Skuld North America Inc.
317 Madison Avenue
Suite 708
New York, New York 10017-5262

At 10:44 a.m. on this date, the undersigned received a signal from the equipment of the addressee(s) indicating that the transmission was received.

_____
SALMA ABDALLAH

Sworn to before me this
7th day of December, 2007

_____
Notary Public

MARY ANN RAARUP
Notary Public, State of New York
No. 01RA4874099
Qualified in Suffolk County
Certificate filed in New York County
Commission Expires Oct. 20, 2010

X:\Public Word Files\12\119\Legal\aff.service.fax (SA).doc