11741-PAJ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
MACSTEEL INTERNATIONAL USA CORP.,       :       07 CIV 6152 (LTS)
                                        :
                    Plaintiff,          :
         v.                             :
                                        :       RULE 7.1 STATEMENT
                                        :
M/V "UBC SAVANNAH," its engines, tackles, :
boilers, etc.,                          :
GALBORG PTE LTD. &                      :
GROUPERO SHIPPING CO., LTD.,            :
                                        :
                    Defendants.         :
---------------------------------------------------------------- x

    Defendant, **GALBORG PTE LTD.**, by its attorneys, **JUNGE & MELE, LLP**, pursuant to the Fed. R. Civ. P. 7.1(a), hereby states that it is not a parent, subsidiary or affiliate of a publicly traded corporation.

    Pursuant to the Fed. R. Civ. P. 7.1(b)(2), a supplemental statement shall be filed promptly upon any change in the above information.

Dated in the City of New York on January 10, 2008

                                          Respectfully submitted,
                                          JUNGE & MELE, LLP
                                          *Attorneys for Defendant*
                                          *Galborg Pte Ltd.*

                                          /s/ Peter A. Junge
                        By: _____
                                          Peter A. Junge (PJ-0745)
                                          29 Broadway - 9th Floor
                                          New York, NY 10006
                                          (212) 269-0061