11741-PAJ

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------- x
**MACSTEEL INTERNATIONAL USA CORP.,**     :     07 CIV 6152 (LTS)
                                                                            :
             **Plaintiff,**     :
     v.                                                                  :
                                                                            :     **ANSWER TO**
**M/V "UBC SAVANNAH," its engines, tackles,**     :     **CROSS-CLAIM**
**boilers, etc.,**                                                :
**GALBORG PTE LTD. &**                                 :
**GROUPERO SHIPPING CO., LTD.,**              :
                                                                            :
             **Defendants.**     :
----------------------------------------------------------- x

     Defendant, **GALBORG PTE LTD.**, by its attorneys, **JUNGE & MELE, LLP**, answering the Cross-Claim of co-Defendant, **GROUPERO SHIPPING CO., LTD.**, alleges, upon information and belief, as follows:

     1.     Answering Defendant repeats and re-alleges each and every admission, denial and defense set forth in its Answer to the Verified Complaint with Cross-Claim, as if more fully set forth at length herein.

     2.     Answering Defendant denies each and every allegation contained in paragraphs "21," "22," "23" and "24" of the Cross-Claim of said co-Defendant.

     **WHEREFORE,** Answering Defendant demands that the Cross-Claim be dismissed with costs to Answering Defendant as against cross-claiming Defendant, and that the Court grant such other, further and different relief as the justice of the cause may require.

Dated in the City of New York on January 10, 2008

        Respectfully submitted,
        JUNGE & MELE, LLP
        *Attorneys for Defendant*
        *Galborg Pte Ltd.*

        /s/ Peter A. Junge
By: _____
        Peter A. Junge (PJ-0745)
        29 Broadway - 9th Floor
        New York, NY 10006
        (212) 269-0061